IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES REUBEN FUNK,
    Plaintiff

v.

WARDEN DOMINICK DEROSE,
    Defendant

: CIVIL NO. 3:12-CV-2282
: (JUDGE NEALON)
: (MAGISTRATE JUDGE BLEWITT)

---

CHARLES REUBEN FUNK,
    Plaintiff

v.

DEPUTY WARDEN ELIZABETH NICHOLS,
    Defendant

: CIVIL NO. 3:12-CV-2327
: (JUDGE NEALON)
: (MAGISTRATE JUDGE BLEWITT)

**FILED SCRANTON**

JAN 3 1 2013

PER _____
**DEPUTY CLERK**

---

CHARLES REUBEN FUNK,
    Plaintiff

v.

WARDEN DOMINIC DEROSE,
    Defendant

: CIVIL NO. 3:12-CV-2339
: (JUDGE NEALON)
: (MAGISTRATE JUDGE BLEWITT)

## ORDER

**AND NOW, THIS 31ST DAY OF JANUARY, 2013**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation is **ADOPTED**;

2. The Clerk of Court is instructed to **CONSOLIDATE** the cases docketed at Civil No. 12-2327 and Civil No. 12-2339 into Civil No. 12-2282; and to **CLOSE** Civil No. 12-2327 and Civil No. 12-2339;

3. Plaintiff's request for compensatory damages against Defendants in their official capacities is **DISMISSED with prejudice**;

4. The consolidated case, Civil No. 12-2282, is **DISMISSED without prejudice** for Plaintiff's failure to exhaust administrative remedies;

5. The Clerk of Court shall **CLOSE** the consolidated case at Civil No. 12-2282;

6. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), filed in the consolidated case, Civil No. 12-2282, is **GRANTED** solely for the purposes of filing this action; and

7. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

**United States District Judge**